■ In the Matter of MARK DAVID BLUM, for Reinstatement to the Practice of Law. [764 NYS2d 233] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of JOSEPH HABIB HOBIKA, JR., for Reinstatement to the Practice of Law. [764 NYS2d 233] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe and Burns, JJ.

■ In the Matter of EDWARD M. SINKER, for Reinstatement to the Practice of Law. [764 NYS2d 375] —Order entered denying application for reinstatement. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH COX, Appellant. [765 NYS2d 533] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Geraci, Jr., J.—Attempted Burglary, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN B. MURPHY, Appellant. [764 NYS2d 232] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Contempt, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT G. ROSE, JR., Appellant. [764 NYS2d 232] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, DiTullio, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES T. SCHUMUCK, Appellant. [764 NYS2d 233] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Maloy, J.—Robbery, 2nd Degree.) Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Gorski, JJ.